Appeal No. 73-30. Peter Boelens *et al. v.* W. H. B. Jr., Inc. Defendant ordered to appear before Supreme Court on October 1, 1973 at 9:30 a.m. to show cause why the appeal in the above-entitled matter should not be dismissed for lack of prosecution for failure to comply with Rule 16. *Robert F. DiPippo,* for plaintiffs. *Donald R. Lembo,* for defendant.

Appeal No. 1864. Jean P. Carner v. Donald R. Carner *et al.* Defendants ordered to appear before Supreme Court on October 1, 1973 at 9:30 a.m. to show cause why the appeal in the above-entitled matter should not be dismissed for lack of prosecution for failure to comply with Rule 16. *Edwards & Angell, Gerald W. Harrington,* for plaintiff. *Aisenberg & Dworkin, Alan T. Dworkin,* for defendants.

Appeal No. 1899. Isabel Smith *v.* William H. Smith. Petitioner ordered to appear before Supreme Court on October 1, 1973 at 9:30 a.m. to show cause why the appeal in the above-entitled matter should not be dismissed for lack of prosecution for failure to comply with Rule 16. *John H. Hines, Jr.,* for petitioner. *Isidore Kirshenbaum,* for respondent.

Appeal No. 1988. Providence Teachers Union Local 958 *et al. v.* David R. McGovern, *City Treasurer, Providence, Rhode Island.* Defendant ordered to appear before Supreme Court on October 1, 1973 at 9:30 a.m. to show cause why the appeal in the above-entitled matter should not be dismissed for lack of prosecution for failure to comply with Rule 16. *Eugene F. Toro,* for plaintiffs. *Robert J. McOsker, Vincent J. Piccirilli,* for defendant.